IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


TROY ALLEN BIRKES,                                  No. 03:10-CV-32-HU

        Plaintiff,                              ORDER

   v.

DON MILLS, P. MAINE, T. O'MALLEY,
T. SWEET, R. GEER, S. BLACKETTER,
RICK COURSEY,

        Defendants.


Troy Allen Birkes, Pro Se
69246-065
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Sheridan, OR 97378

        Attorney for Plaintiff

/ / /
/ / /

1 - ORDER

x

Jacqueline Sadker Kamins
Samuel A. Kubernick
Department of Justice
1162 Court Street, NE
Salem, OR 97301

        Attorneys for Defendants

HERNANDEZ, District Judge:

      Magistrate Judge Hubel issued a Findings and Recommendation (#64) on September 28, 2011, in which he recommends that this Court grant Defendants' motion for summary judgment (#37) on the grounds that no constitutional violation has occurred in this case. Judge Hubel also recommends that this Court decline supplemental jurisdiction over the remaining state constitutional claim. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

2 - ORDER

CONCLUSION

The Court adopts Magistrate Judge Hubel's Findings and Recommendation (#64). Accordingly, Defendants' motion for summary judgment (#37) is granted and this Court declines supplemental jurisdiction over the remaining state constitutional claim.

IT IS SO ORDERED.


DATED this   25th   day of October, 2011.


    /s/ Marco A. Hernandez
MARCO HERNANDEZ
United States District Judge

3 - ORDER